# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF: A. B. ZOLFAGHARI MONFARED, A/K/A ALEXANDER BIJAN ZOLFAGHARI MONFARED, A/K/A ALEXANDER ZOLFAGHARI MONFARED, A/K/A ALEXANDER BIJAN ZOLFAGHARI, A/K/A ALEXANDER B. ZOLFAGHARI | : No. 3033 Disciplinary Docket No. 3 <br> : <br> : No. 22 DB 2024 <br> : <br> : (Supreme Court of Arizona, PDJ 2020-9052) <br> : <br> : Attorney Registration No. 67778 <br> : <br> : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of May, 2024, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, A.B. Zolfaghari Monfared, a/k/a Alexander Bijan Zolfaghari Monfared, a/k/a Alexander Zolfaghari Monfared, a/k/a Alexander Bijan Zolfaghari, a/k/a Alexander B. Zolfaghari, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of five years. He shall comply with the provisions of Pa.R.D.E. 217.